UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | Case No.  2:10-cv-03167-HGD |
| vs. | ) ) | |
| A.T.K, et al., | ) ) | |
| Defendants | ) | |

**O R D E R**

On December 14, 2010, the magistrate judges report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.    No objections have been filed by Plaintiff or Defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore, ORDERED, ADJUDGED and DECREED:

(1) that Metropolitan Life Insurance Company (MetLife) is ORDERED to submit to the court a check payable to Clerk, United States District Court, for the remainder of the life insurance proceeds at issue herein ($5,357.13, according to the complaint), plus any interest that has accrued;

(2) that the clerk of this court is DIRECTED to deposit the check from MetLife into the registry of the court until such time as the court enters further orders regarding these funds;

(3) that MetLife, upon fulfillment of its requirements as set out in this order, is DISCHARGED and DISMISSED WITH PREJUDICE as a party from this action;

(4) that MetLife is fully and forever released from all, any and/or further liability or duty with respect to the funds at issue;

(5) that Defendants and all persons or parties claiming through them, and all claimants, are ENJOINED from bringing or prosecuting any claim against MetLife arising out of and relating to the funds at issue;

(6) that MetLife is AWARDED $350.00 in costs it incurred in filing this action, and the clerk of court is DIRECTED to pay, as soon as practicable, this sum to Bradley Arant Boult Cummings LLP, as attorney for MetLife, from the interpled funds to be paid into this court; and

(7) that the court DECLINES to award MetLife its attorney fees in bringing this action.

Done this 20th day of January 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671